FILED '08 AUG 04 09:53 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEFF RUSSELL TRAXTLE,<br><br>    Petitioner,<br><br>v.<br><br>DON MILLS,<br><br>    Respondent. | Civil No. 07-1621-TC<br><br>O R D E R |

  Magistrate Judge Coffin filed his Findings and Recommendation on June 27, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

  THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

  Dated this ___1___ day of August, 2008.

             /s/ Ann Aiken
             Ann Aiken, United States District Judge

Order -- Page 1